| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | CAROL A. TRUJILLO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 160266 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone No: (619) 557-6479 |
| 6 | Attorneys for Plaintiff |
| | United States of America |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1759-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR ORDER |
| v. | ) | DIRECTING U.S. PROBATION |
| | ) | TO RELEASE CONVICTION |
| | ) | DOCUMENTS TO BOTH PARTIES |
| CARLOS FELIX LIZARRAGA | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Carol A. Trujillo, Assistant United States Attorney, and hereby respectfully asks this Court for an order directing United States Probation to release to both parties conviction documents, including related court dockets, for Carlos Felix Lizarraga, the defendant in the above-referenced case. These documents are necessary for the parties to prepare for the sentencing hearing before this Court on January 2, 2007.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: November 16, 2006

/s/ *Carol A. Trujillo*
CAROL A. TRUJILLO
Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1759-H |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF CONVICTION DOCUMENTS TO BOTH PARTIES |
| CARLOS FELIX LIZARRAGA, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that United States Probation release to both parties conviction documents, including court dockets, for Carlos Felix Lizarraga, the defendant in the above-referenced case.

IT IS SO ORDERED.

DATED: November 16, 2006

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT